# EXHIBIT A



**The**
# CITY of LIBERAL

Liberal Metropolitan Area Planning Commission & Liberal Board of Zoning Appeals
(620) 626-2261 ~ P.O. BOX 2199 ~ LIBERAL, KS. 67905-2199

October 26, 2022

Glenn Klocke
C/O Network Real Estate
5055 Hwy N Ste 200
St Charles, Mo 63304

Case ID: BZ-22-03

To Whom It May Concern,

On October 25, 2022, The Liberal City Commission, at its regular meeting, DENIED the Special Use requested from Article VI (B) Section 3 C-15c of the Zoning Ordinance for the property located at 333 W 18th St..

In the DENIAL of this request, The City Commission found that "it is against our building codes" and "there's no proof that we permitted a Special Use Permit to put up a tower so it's not within our rules".

Furthermore, that while there are cell towers located in various places throughout the City in zoned commercial areas, there are no towers in zoned residential areas. The proposed placement of the tower for this special use was to be in a zoned R-3 (residential area). Article XX, Section 1 sub numeral 11 of the City of Liberal Zoning Regulations states, "Radio and television towers shall be permitted in any I-1, I-2, or I-2A or industrial districts providing the height of said radio or television tower does not conflict with any airport approach or landing zone or with any other ordinance and said radio or television tower is not closer than one hundred fifty feet (150') to any *residential distance* (emphasis added)." By the clear reading of the zoning regulations currently in effect, this language specifically intended that no such tower be placed into a Residential Zoned area.

If you have any questions or concerns please contact the City of Liberal Building Department at 324 N. Kansas Ave. or 620-626-2261.

Sincerely,

Keith Bridenstine, CBO
Zoning Administrator