# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS LLC, d/b/a AT&T MOBILITY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LIBERAL, KANSAS and CITY COMMISSION OF THE CITY OF LIBERAL, KANSAS, <br><br> Defendants. | No. 6:22-cv-01264-JAR-KGG |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff New Cingular Wireless PCS LLC, d/b/a AT&T Mobility and Defendants City of Liberal, Kansas and City Commission of the City of Liberal, Kansas, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: March 30, 2023                           Respectfully submitted,

By: /s/ Jeffrey M. Kuhlman (with consent)       By: /s/ Luke G. Maher
    Jeffrey M. Kuhlman                              Luke G. Maher (62219MO)
    Watkins Calcara, Chtd.                          Norton Rose Fulbright US LLP
    1321 Main Street, Suite 300                     7676 Forsyth Blvd., Suite 2230
    PO Drawer 1110                                  St. Louis, Missouri 63105
    Great Bend, Kansas 67530                        Telephone: (314) 505-8800
    Telephone: (620) 792-8231                       Facsimile: (314) 505-8899
    jkuhlman@wcrf.com                               luke.maher@nortonrosefulbright.com

*Attorneys for Defendants*                      *Attorneys for Plaintiff*